| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, December 18, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) GILLMOR, HELEN W. | 2. Court or Organization United States District Court for the District of Hawaii | 3. Date of Report *Aug 26, 1994* |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) District Court Judge (active) | 5. Report Type (check appropriate type) __X__ Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period Jan. 1, 1993 to *Jul 31, 1994* |
| 7. Chambers or Office Address Gillmor & Gillmor 2850 Pacific Tower 1001 Bishop ST Honolulu, Hawaii 96813 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Officer/Director | Gillmor & Gillmor, AAL, ALC |
| Officer/Director (resigned) | Penobscot Trading Co., Ltd. |
| Fiduciary | Lee Minors (see attached for other positions) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | Note: current employment: Gillmor & Gillmor, AAL, ALC |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | 1993 |
| | Gillmor & Gillmor, AAL, ALC | $ 90,000.00 |
| | Gillmor & Gillmor, AAL, ALC (S) | $ 25,000.00 (S |
| | Carlsmith, Ball, Wichman, Murray, Case, Mukai & Ichiki (S) | $ 41,326.00 (S |
| | | $ |
| | Spouse is an attorney. | $ |

Digitized by Google

ADDENDUM TO PART I. POSITIONS

FINANCIAL DISCLOSURE REPORT OF HELEN GILLMOR

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| Commissioner in Foreclosure | Beneficial v. Taruva |
| Commissioner in Foreclosure | Dieter v. Lagondino |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>GILLMOR, HELEN W. | Date of Report<br>Aug 26, 1994 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | GILLMOR, HELEN W. | Aug 26, 1994 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period 1993 | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 SEE ATTACHED ADDENDUM | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)    A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3)    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes: (See Col. C2)    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book Value    V=Other    W=Estimated

Digitized by Google

ADDENDUM TO PART VII. INVESTMENTS AND TRUSTS
FINANCIAL DISCLOSURE REPORT OF HELEN GILLMOR

| A. Descrip. of Assets | B.(1) AMT. CODE | B.(2) TYPE | C.(1) VALUE CODE | C.(2) VALUE METH. | D. TRANS. |
|---|---|---|---|---|---|
| 100 s/ Alum. Co. of Am. | A | DIV | J | T | Exempt |
| 200 s/ Broken Hill Prop. | A | DIV | J | T | Exempt |
| 100 s/ Cemex S A Sponsored ADRF | A | DIV | J | T | Exempt |
| 1084 s/ First Hawaiian Inc. | B | DIV | K | T | Exempt |
| 385 s/ Janus Mercury Fd. | A | DIV | J | T | Exempt |
| 1088 s/ Invesco European Fd. | A | DIV | J | T | Exempt |
| 746 s/ Gabelli Asset Fd. | A | DIV | J | T | Exempt |
| 541 s/ Morgan Stanley Emerging Mkt. Fd. | A | DIV | J | T | Exempt |
| 200 s/ Supercuts Inc. | A | DIV | J | T | Exempt |
| 202 s/ GAP Inc. | A | DIV | J | T | Exempt |
| 1504 s/ Bancorp Hawaii | B | DIV | L | T | Exempt |
| 219 s/ Hawaiian Electric | A | DIV | J | T | Exempt |
| 201 s/ WAL-MART | A | DIV | J | T | Exempt |
| 446 units Warburg Pincus Intl. Eqty. Fd. | A | DIV | J | T | Exempt |
| 400 s/ Mexico Equity & Income Fd. (S) | A | DIV | J | T | Exempt |
| 190 s/ The New USA Mutual Fd. (S) | A | DIV | J | T | Exempt |
| 1445 s/ GT Europe Growth Fd. (S) | A | DIV | K | T | Exempt |

Note: The table header carries a spanning label over columns B and C:

INCOME DURING REPORTING PERIOD (over B.(1) and B.(2)); GROSS VALUE AT END OF REP. PERIOD (over C.(1) and C.(2))

Digitized by Google

| A. Descrip. of Assets | B.(1) AMT. CODE | B.(2) TYPE | C.(1) VALUE CODE | C.(2) VALUE METH. | D. TRANS. |
|---|---|---|---|---|---|
| 806 s/ Kemper High Yield Fd. (S) | A | INT | J | T | Exempt |
| 947 s/ Putnam High Yield Trust (S) | B | INT | J | T | Exempt |
| 600 s/ Cent Me Pwr (S) | A | DIV | J | T | Exempt |
| 400 s/ Cent Energy (S) | A | DIV | J | T | Exempt |
| 600 s/ Jackpot Enterprises Inc. (S) | A | DIV | J | T | Exempt |
| 600 s/ Jostens (S) | A | DIV | J | T | Exempt |
| 600 s/ MTC Electronic Tech Newf. (S) | A | DIV | J | T | Exempt |
| 200 s/ Telebras (S) | A | DIV | J | T | Exempt |
| 1400 s/ Unvl. Health Rlty. Inc. Tr. Shrs. Ben. Int. (S) | B | DIV | K | T | Exempt |
| 302 Fidelity Global Bond Fd. (S) | A | INT | J | T | Sold 1994 |
| 3271 units United Svc Gold Shares (S) | | | | | |
| 500 s/ Cent Me Pwr (DC) | A | DIV | J | T | Exempt |
| 400 s/ Mexico Fund Inc. (DC) | | | | | |
| 600 s/ Unvl. Health Rlty. Inc. Tr. Shrs. Ben. Int. (DC) | A | DIV | J | T | Exempt |
| 247 units Janus Worldwide Fd. (DC) | A | DIV | J | T | Exempt |
| 459 units Vanguard Fixed Income High Yield Corp. P. (DC) | A | DIV | J | T | Exempt |
| 500 s/ Cent Me Pwr (DC) | A | DIV | J | T | Exempt |
| 600 s/ Unvl. Health Rlty. Inc. Tr. (DC) | A | DIV | J | T | Exempt |
| 1154 units Vanguard Fixed Income High Yield Corp. P. (DC) | A | DIV | J | T | Exempt |

| A. Descrip. of Assets | B.(1) AMT. CODE | B.(2) TYPE | C.(1) VALUE CODE | C.(2) VALUE METH. | D. TRANS. |
|---|---|---|---|---|---|
| Schwab Money Mkt. Honolulu, HI | A | INT | K | U | Exempt |
| Schwab Money Mkt. Honolulu, HI (S) | A | INT | K | U | Exempt |
| Merrill Lynch Money Mkt. (S) Honolulu, HI | A | INT | J | U | Exempt |
| Schwab Money Mkt. (DC) Honolulu, HI | A | INT | J | U | Exempt |
| Schwab Money Mkt. (DC) Honolulu, HI | A | INT | J | U | Exempt |
| Haw. Empl. FCU (J) Honolulu, HI | A | INT | J | U | Exempt |
| Hawaii National Bank (DC) Honolulu, HI | A | INT | J | U | Exempt |
| Hawaii National Bank (DC) | A | INT | J | U | Exempt |
| A. S. Haley Loan (J) | A | INT | J | U | Paid 4/94 |
| A. S. Haley Loan (DC) | A | INT | J | U | Paid 4/94 |
| A. S. Haley Loan (DC) | A | INT | J | U | Paid 4/94 |
| 10,000 s/ Gillmor & Gillmor, Honolulu, HI (J) | A | DIV | L | E | Exempt |
| 3500 s/ Penobscot Trading, Honolulu, HI | A | DIV | J | U | Exempt |
| 1500 s/ Penobscot Trading (DC) | A | DIV | J | U | Exempt |
| NW Mutual Annuity | A | DIV | K | U | Exempt |
| 15,000 P. R. Bond 12/1/06 (J) | A | INT | J | U | Sold 1993 |
| New York Life Ins | B | DIV | K | U | Exempt |
| MONY Life Ins | A | DIV | J | U | Exempt |
| Washington Nat Life Ins (S) | A | DIV | J | U | Exempt |

Digitized by Google

| A. Descrip. of Assets | B.(1) AMT. CODE | B.(2) TYPE | C.(1) VALUE CODE | C.(2) VALUE METH. | D. TRANS. |
|---|---|---|---|---|---|
| Mutual Benefit Life Ins Policy (DC) | A | INT | J | U | Exempt |
| Mutual Benefit Life Ins Policy (DC) | A | INT | J | U | Exempt |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | GILLMOR, HELEN W. | Aug 26, 1994 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Helen W. Gillmor_          Date _Aug 26, 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS.

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544